IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

XAVIER LEE JONES,
#06858–104,

    Plaintiff,

v.                                                         4:21cv235–WS/MAF

OFFICER DORMINEY,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed June 14, 2021. The magistrate judge recommends that this action be transferred to the Middle District of Florida. Plaintiff does not object to such transfer. *See* ECF No. 11.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this __9th__ day of ___August___, 2021.

                                              s/ William Stafford
                                              WILLIAM STAFFORD
                                              SENIOR UNITED STATES DISTRICT JUDGE